

**FILED & ENTERED**

MAY 30 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARIO G. CARDONA,<br><br><br>Debtor(s). | CHAPTER 13<br><br>Case No.:  2:17-bk-22804-WB<br>Adv No:   2:18-ap-01381-WB<br><br>**ORDER CONTINUING STATUS CONFERENCE** |
| DANIEL GARZA,<br><br>Plaintiff(s),<br>   v.<br><br>MARIO G. CARDONA,<br><br><br>Defendant(s). | Date:         June 4, 2019<br>Time:        2:00 PM<br>Courtroom:   1375<br><br><u>New Hearing Date</u><br>Date:         June 25, 2019<br>Time:        2:00 PM<br>Courtroom:   1375 |

TO ALL INTERESTED PARTIES:

//

//

1   IT IS HEREBY ORDERED that the status conference in the above-referenced adversary proceeding is continued to **June 25, 2019 at 2:00 p.m.**  The hearing set for June 4, 2019 at 2:00 p.m. is off calendar.

###

Date: May 30, 2019

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge