Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

Vincent James DeSimone, Esq. (SBN 119668)
V. JAMES DESIMONE LAW
13160 Mindinao Way Suite 280
Marina Del Rey, CA 90292
(310) 693-5561
e-mail: vjdesimone@gmail.com

Kaveh Navab, Esq. (SBN 280235)
NAVAB LAW, APC
13160 Mindanao Way, Ste. 280
Marina Del Rey, CA 90292
(310) 826-1002
e-mail: Navablaw@gmail.com

Attorneys for Creditor DANIEL GARZA

**FILED & ENTERED**

**AUG 03 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re

MARIO CARDONA,

               Debtor.

DANIEL GARZA

             Plaintiff

vs.

MARIO G. CARDONA

             Defendant

Case No: 2:17-bk-22804-WB

Assigned to the Honorable Julia Brand

Chapter 13

Adversary No.: 2:18-ap-01381-WB

**ORDER GRANTING DANIEL GARZA'S MOTION FOR SUMMARY JUDGMENT**

Date: June 30, 2020
Time: 2:00 P.M.
Courtroom: 1375
Place: 255 E. Temple St., Los Angeles, CA

    After considering the moving papers, the opposition, and reply, *and arguments made at the hearing, and for the reasons set forth on the record,* and good cause having been shown:

- 1 -

**ORDER GRANTING DANIEL GARZA'S MOTION FOR SUMMARY JUDGMENT**

1    **IT IS HEREBY ORDERED** that the ***Motion for*** Summary Judgment ***(docket no. 42)*** is

2    granted in the favor Mr. Garza~~.   and a~~ ***A*** non-dischargeable judgment ~~is~~ ***will be*** entered in the

3    amount of $899,267.87 in the favor of Mr. Garza and against Debtor pursuant to § 1328(a)(4).

4    **IT IS SO ORDERED.**

5    ###

24   Date: August 3, 2020

25   Julia W. Brand
     United States Bankruptcy Judge

**ORDER GRANTING DANIEL GARZA'S MOTION FOR SUMMARY JUDGMENT**