**FILED & ENTERED**

AUG 03 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARIO CARDONA,<br><br>Debtor. | Case No: 2:17-bk-22804-WB<br><br>Chapter 13<br><br>Adversary No.: 2:18-ap-01381-WB |
| DANIEL GARZA,<br><br>Plaintiff<br><br>vs.<br><br>MARIO G. CARDONA,<br><br>Defendant. | **JUDGMENT**<br><br>Date: June 30, 2020<br>Time: 2:00 P.M.<br>Courtroom: 1375 |

    The Court, having granted the Motion for Summary Judgment (the "Motion") (docket no. 42),

//
//
//
//

-1-

IT IS HEREBY ORDERED that a non-dischargeable judgment is entered in the amount of $899,267.87 in favor of Plaintiff, Daniel Garza, and against Debtor, Mario G. Cardona, pursuant to 11 U.S.C. § 1328(a)(4).

###

Date: August 3, 2020

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge